KELLEY *v.* THE STATE.   No. 7299.
KELLEY *v.* THE STATE.   No. 7300.

From the Montgomery Circuit Court.

*J. H. Thompson* and *W. H. Thompson,* for appellant.
*T. W. Woollen,* Attorney General, for the State.

HOWK, C. J.—Come the parties in the above entitled causes by their respective counsel, and, by an agreement in writing heretofore filed therein, the State of Indiana, by its prosecuting attorney, upon the authority of the case of *Vannoy* v. *The State,* 64 Ind. 447, doth confess that the circuit court erred, in each of said cases, in overruling the appellant's motion to quash the indictment therein. See, also, the case of *The State* v. *Wilcox,* 66 Ind. 557.

The judgment is reversed in each of said cases, and the cause is remanded, with instructions to sustain the appellant's motion to quash the indictment.

---

JOHNSON ET AL. *v.* HARRIS.

From the Grant Circuit Court.

*G. W. Harvey, G. T. B. Carr, R. Hill* and *J. W. Nichol,* for appellants.
*A. Steele, R. T. St.John, I. VanDevanter* and *J. W. Lacey,* for appellee.

BIDDLE, J.—This case is the same in principle as the case of *Johnson* v. *Harris, ante,* p. 305. By the authority of that case, this case is affirmed, at the costs of the appellants.

This judgment is rendered as of the term at which the cause was submitted.

---

DANENHOFFER *v.* THE STATE.

From the Ripley Circuit Court.

*G. Durbin,* for appellant.
*T. W. Woollen,* Attorney General, and *A. F. Ayres,* for the State.

HOWK, C. J.—The facts of this case, as shown by the record, are substantially the same in all material particulars, as those which were fully considered and passed upon by this court in the case of *Danenhoffer* v. *The State, ante,* p. 295. The supposed offence, charged against the appellant in the case now before us, appears to have been committed at the same time, and under the same circumstances, as are fully detailed and set forth in the opinion of the court in the case cited. For the reasons given in that opinion, we think that this case must be decided as that case was decided.

The judgment is reversed, and the cause is remanded, with instructions to sustain the appellant's motion for a new trial, etc.